**REMAND / JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 26-1432-GW-PDx | Date | April 13, 2026 |
|---|---|---|---|
| Title | *Lida Armen, et al. v. Tony Barouti, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Maria Bustillos | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Christina V. Tusan                          Wendy M. Thomas

**PROCEEDINGS:    PLAINTIFFS' MOTION TO REMAND [15]**

The Court's Tentative Ruling on Plaintiffs' Motion [15] was issued on April 9, 2026 [21]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Motion is GRANTED and the matter is remanded to state court. The Court awards fees in the sum of $34,407.

:    16

Initials of Preparer    JG